LAW OFFICES OF
**JOSEPH M. LOVRETOVICH**
5941 VARIEL AVENUE
WOODLAND HILLS, CALIFORNIA 91367
Tel: (818) 610-8800
Fax: (818) 610-3030
JOSEPH M. LOVRETOVICH, STATE BAR NO. 73403
jml@jmllaw.com
CHRISTOPHER W. TAYLOR, STATE BAR NO. 236245
ctaylor@jmllaw.com
JOSEPH M. LEVY, STATE BAR NO. 230467
jlevy@jmllaw.com

Attorneys for Plaintiff
BARBARA DIAZ

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA DIAZ, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> BURLINGTON COAT FACTORY DIRECT CORPORATION, a New Jersey Corporation; KIRBY JOHNSON, an individual; MARIA PENA, an individual; MICHAEL SPIECKER, an individual; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. CV11-6595-R (MLR) <br> (Assigned for all purposes to the Hon. Manuel L. Real) <br><br> **ORDER DISMISSING ACTION** <br><br> **[FED. R. CIV. P 41(A)(1)(A)(II)]** <br><br> Complaint Filed: July 27, 2011 <br> Discovery Cut Off: September 14, 2012 <br> Trial Date: March 26, 2013 |

///
///
///

1
[PROPOSED] ORDER DISMISSING ACTION

1  Pursuant to Stipulation of the parties, the entire action is hereby dismissed
2  with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).
3  IT IS SO ORDERED.
4
5  DATED:     May 4, 2012
6
7
8  _____
9  Manuel L. Real
10  United States District Judge

**Law Offices of Joseph M. Lovretovich**
5941 Variel Avenue
Woodland Hills, CA 91367
(818) 610-8800

2
[PROPOSED] ORDER DISMISSING ACTION